February 6, 2025



# JUDGMENT

# The Fifteenth Court of Appeals District

## NO. 15-24-00030-CV

TEXAS REAL ESTATE COMMISSION, Appellant

V.

MARLA NUNALLY KAUFMAN HOMES, LLC, Appellee

This cause, an appeal from the judgment in favor of appellee, Marla Nunally Kaufman Homes, LLC (Kaufman Homes), signed October 12, 2023, was heard on the appellate record. We have inspected the record and find reversible error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment denying Kaufman Homes' application for payment from the Real Estate Recovery Trust Account.

We further order this decision certified below for observance.

Judgment Rendered February 6, 2025.

Panel Consists of Chief Justice Brister and Justices Field and Farris. Opinion delivered by Justice Farris.